BRYAN K. THEIS, ESQ., State Bar No. 209068
**Theis Law Group**
533 Second Street Suite 400
Encinitas CA 92024
Tel: (213) 261-4240
Fax: (213) 995-9830
Email: bryan@theislaw.com

Attorney for Plaintiff Scott Kohn

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT KOHN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL CHOBANIAN,<br>VIPAN KANT BHOLA,<br><br>　　　　　Defendants. | Case No. CV 16-7598-GW(JPRx)<br><br>**ORDER DISMISSING ACTION AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |

　　　Pursuant to the stipulation of the parties, this Court hereby orders this action dismissed with prejudice. This Court hereby retains supplemental jurisdiction through May 31, 2018 under 28 U.S.C. §1367 to enforce the parties' settlement agreement.

　　　IT IS SO ORDERED.

DATED: March 26, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GEORGE H. WU, U.S. District Judge

---
1
Order Dismissing Action and Retaining Jurisdiction to Enforce Settlement Agreement; *Kohn v. Chobanian*